FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 01, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID DODD and PAULA DODD, husband and wife,<br><br>                   Plaintiff,<br><br>vs.<br><br>TEXTRON SPECIALIZED VEHICLES, INC.,<br><br>                   Defendant. | NO: 2:22-CV-0032-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

      BEFORE THE COURT is the parties' Stipulated Motion to Dismiss.  ECF No. 59.  The parties agree to dismissal of this action, including all claims against Textron Specialized Vehicles, Inc., with prejudice and without costs or attorney fees.  The Court has reviewed the record and files herein and is fully informed.

      According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1


**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss, ECF No. 59, is **GRANTED**. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and all parties to bear their own costs and attorneys' fees.

2. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED February 1, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2