AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 01, 2024**

SEAN F. McAVOY, CLERK

DAVID DODD and PAULA DODD, husband and wife,

*Plaintiff*

v.

TEXTRON SPECIALIZED VEHICLES, INC.,

*Defendant*

Civil Action No. 2:22-cv-00032-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion to Dismiss, ECF No. 59, is GRANTED. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice and all parties to bear their own costs and attorneys' fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on a Stipulated Motion to Dismiss.

Date: 2/1/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams